UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER SHANK (#451620)                    CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                           NO. 07-0105-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED the plaintiff's claims against defendant Mauhall shall be dismissed for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the motion for partial summary judgment of defendants Richard Stalder, Burl Cain, Ramon Singh and Louis Briggs[1] shall be granted, dismissing the plaintiff's claims against these defendants, without prejudice, for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the motion for summary judgment of defendant Mia Tran[2] shall be granted, dismissing the plaintiff's claims against this defendant, with prejudice, and that this action

---

[1] Rec. Noc. No. 26.

[2] Rec. Doc. No. 32.

Doc#45606

shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 12, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45606